UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| LEON BULLOCKS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-943-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| HELP OF SOUTHERN NEVADA, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

This matter is before the Court on Plaintiff's Motion For Extending Time (#6).

The Court having reviewed the Motion (#6) finds that Plaintiff is requesting the Court vacate and reschedule the status hearing scheduled for August 25, 2010. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion For Extending Time (#6) is **GRANTED**. The hearing scheduled for August 25, 2010, is VACATED and shall be rescheduled at a later date if deemed necessary by the Court.

DATED this  23d   day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge